898

for petitioners. *W. H. Kitchens, Jr.* and *J. R. Wilson* for respondent. 

No. 42, Misc. DAUER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Felicia H. Dubrovsky* for the United States. 

No. 147, Misc. KIMLER *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se. Edmund G. Brown,* Attorney General of California, and *Clarence A. Linn,* Assistant Attorney General, for respondent. 

No. 182, Misc. MONAGHAN *v.* BURKE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 195, Misc. MEINER *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 200, Misc. McDERMITT *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 206, Misc. HENDERSON *v.* OKLAHOMA. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 222, Misc. HANSON *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 225, Misc. MATTISON *v.* CLAUDY, WARDEN, ET AL. Supreme Court of Pennsylvania. Certiorari denied.